# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CURTIS A. JENNINGS, III,<br><br>                  Debtor, | CASE NO. 11cv2160 DMS (POR)<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE**<br><br>**[Docket No. 5]** |

On February 27, 2012, this Court issued an Order to Show Cause why this case should not be dismissed pursuant to Civil Local Rule 83.1(a). Appellant filed a response to the Order to Show Cause in which he states he is trying to settle this case, and requests an extension of time to do so. Good cause appearing, Appellant's request is granted.

1. The deadline for Appellant to file the Record of Appeal is continued to **April 23, 2012**.

2. No later than **May 23, 2012**, Appellant shall serve and file its opening brief and supporting evidence. The Motion shall comply with the Local Rules for the U.S. District Court for the Southern District of California, Civil Local Rule 7.1(h). Any cross-appeals shall be treated as opening motions for the purposes of this briefing schedule and filed by this date.

3. No later than **June 22, 2012**, Appellee shall file and serve its responsive brief and supporting evidence. This responsive brief shall comply with Local Rules for the U.S. District Court for the Southern District of California, Civil Local Rule 7.1(h).

/ / /

4. No later than **July 23, 2012**, Appellant shall file and serve any reply brief and any evidence directly rebutting the supporting evidence contained in Appellant's response. This Reply shall comply with Local Rules for the U.S. District Court for the Southern District of California, Local Civil Rule 7.1(h).

5. The hearing on appeal is continued to **August 24, 2012,** at **1:30 p.m.** in Courtroom 10.

**IT IS SO ORDERED.**

DATED: March 7, 2012

_____
HON. DANA M. SABRAW
United States District Judge